IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ADASA INC., § | |
| § | |
| Plaintiff, § | |
| § | CASE NO. 2:24-cv-08409-JKS-JRA |
| v. § | |
| § | Hon. Jamel K. Semper, U.S.D.J. |
| CCL Industries Inc. § | Hon. Jose R. Almonte, U.S.M.J. |
| (d/b/a Checkpoint Systems, Inc.), § | |
| § | |
| Defendants § | |
| § | |

## NOTICE OF UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT AND TO SUBSTITUTE PARTIES

To:

Michael Zinna
Vincent M. Ferraro
Kelley Drye & Warren LLP
One Jefferson Road
Parsippany, NJ 07054
Tel: (973) 503-5964
Cell: (973) 223-5163 - Zinna
mzinna@kelleydrye.com
vferraro@kelleydrye.com

David B. Cupar
McDonald Hopkins
600 Superior Avenue East, Suite 2100
Cleveland, OH 44114
216-430-2036
dcupar@mcdonaldhopkins.com

*Attorneys for CCL Industries, Inc.*
*and Checkpoint Systems, Inc.*

**PLEASE TAKE NOTICE** that on March 3, 2025, at 10:00 am, or as soon thereafter as counsel may be heard, the undersigned attorneys for Plaintiff ADASA INC. ("ADASA") will move before the Hon. Jose R. Almonte, for an Order granting ADASA's Motion to Amend Complaint And to Substitute Parties;

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, ADASA submits the accompanying brief;

1

**PLEASE TAKE FURTHER NOTICE** that Defendants CCL Industries, Inc. ("CCL") and current non-party Checkpoint Systems, Inc. do not oppose this Motion;

**PLEASE TAKE FURTHER NOTICE** that pursuant to L. Civ. R. 7.1(e), a proposed form of Order is also submitted herewith.

Dated: January 29, 2025.

Respectfully submitted,

*/s/ William J. Pinilis*

William J. Pinilis
Pinilis Halpern
160 Morris St.
Morristown, NJ 07960
(973) 401.1111
wpinilis@consumerfraudlawyer.com

Jonathan T. Suder (pro hac vice to be filed)
Glenn S. Orman (pro hac vice to be filed)
Richard A. Wojcio, Jr. (pro hac vice to be filed)
FRIEDMAN, SUDER & COOKE
604 E. 4th Street, Suite 200
Fort Worth, TX  76102
(817) 334-0400
(817) 334-0401 fax
jts@fsclaw.com
orman@fsclaw.com
wojcio@fsclaw.com

**ATTORNEYS FOR PLAINTIFF ADASA INC.**